**EXHIBIT 1:** INFRINGEMENT #1
URL: https://www.facebook.com/watch/?v=1355270337904337



**<u>EXHIBIT 1:</u>** INFRINGEMENT #2
URL: https://www.instagram.com/p/BV4wFCZF9DE/

