**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03264-REB-CYC

Watson Music Group, LLC

       Plaintiff,

v.

MeBiosciences, Inc.

       Defendant.

---

**STIPULATION OF DISMISSAL OF CIVIL ACTION
WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Watson Music Group, LLC, and counsel for defendant MeBiosciences, Inc. that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

James H. Freeman
SANDERS LAW GROUP

333 Earle Ovington Blvd., Ste. 402
Uniondale, New York 11553
Telephone: (516) 503-7600
jfreeman@sanderslaw.group

Dated: September 25, 2025

*Attorneys for Plaintiff*

Andrew D. Peterson
JACHIMIAK PETERSON KUMMER, LLC

860 Tabor Street, Suite 200
Lakewood, CO 80401 Telephone:
(303) 863-7700 jstigler@jpk.law

Dated:  September 25, 2025

*Attorneys for Defendant*

**SO ORDERED:**

_____
Hon. Robert E. Blackburn (U.S.D.J.)